UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN W. ZEIGLER and <br> ROSE ANNA L. ZEIGLER <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY <br><br> Defendant. | 1:20-cv-2813 <br><br><br> CAUSE NO. 84D06-2008-PL-004348 <br> in the Vigo Superior Court |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, Defendant, First American Title Insurance Company ("FATIC"), hereby gives notice of the removal of this action to the United States District Court for the Southern District of Indiana, Terre Haute Division, and in support of the Notice of Removal states as follows:

### I.  BACKGROUND

1. On August 27, 2020, the Plaintiffs, Dustin W. Zeigler and Rose Anna L. Zeigler ("Plaintiffs") commenced an action against FATIC in the Vigo Superior Court, captioned *Dustin W. Zeigler and Rose Anna L. Zeigler v. First American Title Insurance Company* (the "State Court Action).

2. The Complaint was first served on FATIC by certified mail on September 30, 2020. A copy of the Complaint, Summons, and Appearances is attached to this Notice of Removal as Exhibit A.

1

3. Other than those listed above, to FATIC's knowledge, there are no other pleadings, documents, or orders that have been filed or served in the State Court Action as of the date of the filing of this removal.

4. As shown below, the Court has diversity jurisdiction over this suit, and all conditions necessary to remove the action to this Court have been satisfied.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS DIVERSITY JURISDICTION

5. This action is being removed pursuant to 28 U.S.C. § 1441(b), which allows removal based on diversity of citizenship.

6. 28 U.S.C. 1332(a) provides that diversity of citizenship exists where the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between "citizens of different States and in which citizens or subjects of a foreign state are additional parties."

7. Plaintiffs are, and were at the time the lawsuit was filed, natural persons and residents of Vigo County, Indiana. *See* Exhibit A, at ¶ 1. In determining diversity jurisdiction, the state where someone establishes his domicile serves a dual function as his state of citizenship. *Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571 (5th Cir. 2011) (evidence of a person's place of residence is prima facie proof of his state of domicile, which presumptively continues unless rebutted with sufficient evidence of change). Thus, for purposes of diversity of citizenship, Plaintiffs are Indiana citizens.

8. FATIC is a corporation incorporated under the laws of the state of Nebraska. FATIC has its principal place of business in California. (*See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 307 (2006)).

9. Accordingly, diversity jurisdiction exists because the case is between "citizens of different States." (28 U.S.C. § 1332(a)).

2

US.129872430.01

10. Plaintiffs allege that, as a result of the FATIC's conduct, Plaintiffs do not have marketable title to their land. *See* <u>Exhibit A</u>, at ¶ 24. Specifically, Plaintiffs are seeking a judgment of "$237,000.00." *Id.* at p. 4, Prayer for Relief.

11. These allegations in Plaintiffs' pleading demonstrate that the amount in controversy is greater than $75,000, exclusive of interests and court costs. (28 U.S.C. § 1332(a)).

### III. REMOVAL IS TIMELY

12. Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

13. Here, removal is timely because FATIC was served on September 30, 2020, and this notice of removal is being filed within 30 days of service.

### IV. VENUE AND OTHER REQUIREMENTS ARE SATISFIED

14. The United States District Court for the Southern District of Indiana, Terre Haute Division, is the District Court and Division embracing Vigo County, Indiana, where the State Action is currently pending. *See* 28 U.S.C. § 94(b)(1).

15. Pursuant to 28 U.S.C. § 1446(d), FATIC is filing a written notice of this removal (attached as <u>Exhibit B</u>) with the Clerk of the Superior Court of Vigo County, Indiana, which, along with this notice, is being served upon Plaintiff's counsel as required by 28 U.S.C. § 1446(d).

16. FATIC expressly reserves its right to raise all defenses and objections to Plaintiffs' claims after the action is removed to the above Court.

WHEREFORE, FATIC hereby removes the matter entitled *Dustin W. Zeigler and Rose Anna L. Zeigler v. First American Title Insurance Company*, Cause No. 84D06-2008-PL-004348, from the Vigo Superior Court to the Southern District of Indiana, Terre Haute Division.

Dated: October 29, 2020

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH, LLP

 /s/ Mark A. Voigtmann
Mark A. Voigtmann (15870-49)
Janeia L. Brounson (35171-49)
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.voigtmann@faegredrinker.com
janeia.brounson@faegredrinker.com

*Attorneys for Defendant, First American Title Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October 2020, a copy of the foregoing has been served was served via First Class United States Mail, postage prepaid, upon the following:

> Jeffrey A. Lewellyn
> Wilkinson, Goeller, Modesitt, Wilkinson & Drummy
> 333 Ohio Street
> Terre Haute, IN 47807

 /s/ Mark A. Voigtmann

US.129872430.01