UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN W. ZEIGLER,<br>ROSE ANNA L. ZEIGLER,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>FIRST AMERICAN TITLE INSURANCE<br>COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 2:20-cv-00590-JRS-MJD<br>)<br>)<br>)<br>)<br>) |

**Final Judgment**

Plaintiffs shall take nothing by way of their complaint.  This action is **dismissed with prejudice** for failure to follow the court's order and failure to prosecute.  This is a final judgment under Rule 58.

　　**SO ORDERED.**

Date: 8/3/2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES R. SWEENEY II, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
Roger A.G. Sharpe, Clerk　　　　　　　　　　　　Southern District of Indiana

BY: _Samantha Burmester_
　　　Deputy Clerk, U.S. District Court

Distribution:

Janeia LaShell Brounson
BINGHAM GREENBAUM DOLL LLP
janeia.brounson@faegredrinker.com

Jeffrey A. Lewellyn
WILKINSON, GOELLER, MODESITT, WILKINSON & DRUMMY, LLP
jalewellyn@wilkinsonlaw.com

Mark A. Voigtmann
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
mark.voigtmann@faegredrinker.com